| | |
|---|---|
| 1 | THOMAS W. PULLIAM, JR. (SBN #46322) |
| | thomas.pulliam@dbr.com |
| 2 | MICHELLE A. CHILDERS (SBN #197064) |
| | michelle.childers@dbr.com |
| 3 | NATHAN D. CARDOZO (SBN #259097) |
| | nathan.cardozo@dbr.com |
| 4 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 5 | San Francisco, CA  94105-2235 |
| | Telephone:     (415) 591-7500 |
| 6 | Facsimile:      (415) 591-7510 |

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., DEPUY, INC.,
JOHNSON & JOHNSON SERVICES, INC., and
JOHNSON & JOHNSON (erroneously sued as
JOHNSON & JOHNSON, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANNE O'NEILL, | Case No.  4:10-CV-04949-DMR |
| Plaintiff, | **ADMINISTRATIVE MOTION TO REMOVE OR SEAL ERRONEOUSLY FILED DOCUMENT** |
| v. | |
| DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; VAIL CONSULTING, LLC; THOMAS VAIL, M.D.; THOMAS SCHMALZRIED, M.D., | |
| Defendants. | |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rules 7-11 and 79-5 of the United States District Court of the Northern District of California, Defendants DePuy Orthopaedics, Inc., Johnson & Johnson Services, Inc., and Johnson & Johnson ("Defendants"), will and hereby do

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMINISTRATIVE MOTION TO REMOVE OR SEAL
SF01/ 720588.1

CASE NO.  4:10-CV-04949-DMR

1   move this Court for an order removing from the Court's Electronic Case Filing program (ECF),

2   or in the alternative sealing, the following document:

3   • Answer to Complaint with Jury Demand by DePuy Orthopaedics, Inc., Johnson &

4   Johnson Services, Inc., and Johnson & Johnson, Filed November 24, 2010.

5   (Docket Entry 5)

6   Defendants filed the above titled Answer with an additional page inadvertently appended

7   to the document. That page contains irrelevant, privileged and/or confidential information and is

8   not part of the Answer. Defendants filed a corrected Answer on November 24, 2010,

9   immediately after discovering the extra page. (Docket Entry 6)

10   Therefore, pursuant to Local Civil Rules 7-11 and 79-5(d), Defendants respectfully

11   request that the inadvertently filed Answer appearing at Docket Entry 5 be removed from the

12   Court's Electronic Case Filing program (ECF), or in the alternative, sealed.

Dated: November 29, 2010                DRINKER BIDDLE & REATH LLP

By: */s/ Nathan D. Cardozo*
        Nathan D. Cardozo

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., DEPUY,
INC., JOHNSON & JOHNSON SERVICES,
INC., and JOHNSON & JOHNSON
(erroneously sued as JOHNSON &
JOHNSON, INC.)